# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Nicole Blackstone, Darcy Celeste, Betty Roberge-Haskell, and Cheryl Sikora, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

Dearborn Life Insurance Company,

Defendant.

Case No. 21-cv-01201
Judge Mary M. Rowland

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $            ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant Dearborn Life Insurance Company
and against plaintiffs Nicole Blackstone, Darcy Celeste, Betty Roberge-Haskell, and Cheryl Sikora.
Defendant shall recover costs from plaintiffs.

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge Mary M. Rowland presiding, and the jury has rendered a verdict.
☐ tried by Judge Mary M. Rowland without a jury and the above decision was reached.
☒ decided by Judge Mary M. Rowland on a motion for summary judgment.

Date: 2/23/2024                    Thomas G. Bruton, Clerk of Court

Dawn A. Moreno, Deputy Clerk